KELLY E. DUFORD, State Bar No. 295646
kedwilliams@slatelawgroup.com
BRYAN A. BLANCO, State Bar No. 326969
bblanco@slatelawgroup.com
SLATE LAW GROUP
750 B Street, Suite 2250
San Diego, CA 92101
Ph: (619) 565-5077
Fax: (619) 354-2449

Attorneys for Plaintiff
LAURA SWIRSKI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SWIRSKI, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>PROTEC BUILDING SERVICES, INC., a California Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-01321-LAB-MDD<br><br>**PLAINTIFF'S NOTICE OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 28, 2021<br>Time: 11:15 AM<br>Location: Department 14A<br>Hon. Larry A. Burns<br><br>Complaint Filed: July 13, 2020<br>Trial Date: None Set |

**TO ALL INTERESTED PARTIES AND/OR THEIR ATTORNEYS OF RECORD:**

PLAINTIFF'S NOTICE OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

1

1   NOTICE IS HEREBY GIVEN THAT on June 28, 2021, at 11:15 a.m., before this Court, the Honorable Larry A. Burns presiding, located at 333 West Broadway, San Diego, California 92101, Plaintiff Laura Swirski ("Plaintiff"), through her counsel of record, move to object to Defendant ProTec Association Services dba ProTec Building Services' ("Defendant") Motion for Summary Judgment or in the Alternative Partial Summary Adjudication. This motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are triable issues to material facts and that Defendant's motion should be denied.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Statement of Undisputed Material Facts, Appendix of Evidence, Declaration of Kelly E. Duford, the papers and records of the Court in this matter, and oral and documentary evidence that may be presented at the time of the hearing.

Dated:  June 14, 2021                      Respectfully submitted:

                                           SLATE LAW GROUP


                                           By:  /s/ Kelly E. DuFord
                                           KELLY E. DUFORD
                                           BRYAN BLANCO
                                           Attorneys for Ms. LAURA SWIRSKI

**PLAINTIFF'S NOTICE OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

2