

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Swirski, an individual<br><br>**Plaintiff,**<br>V.<br>Protec Building Services, Inc., a California corporation; ProTec Association Services, doing businsess as Protec Building Services, Inc., a California Corporation<br>**Defendant.** | Civil Action No. 20-cv-01321-LAB-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion for summary judgment is granted. Plaintiffs request for damages, including actual, compensatory, and punitive damages, as well as reasonable attorneys fees and costs, is denied.

Date:   12/6/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen
J. Petersen, Deputy