# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SWIRSKI, an individual,<br><br>　　　　Plaintiff / Appellant,<br><br>vs.<br><br>PROTEC BUILDING SERVICES, INC., a California Corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants / Appellees. | Case No. 3:20-cv-01321-LAB-MDD<br><br>**PLAINTIFF LAURA SWIRSKI'S NOTICE OF APPEAL (WITH LOCAL RULE 3-2 REPRESENTATION STATEMENT ATTACHED)**<br><br>Trial Judge:<br>Court Reporter: |

**TO ALL INTERESTED PARTIES AND/OR THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN THAT** Plaintiff / Appellant LAURA SWIRSKI hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motion for Summary Judgment, Document #: 46 entered on the 6th day of December 2021 and the Order Taxing Costs, Document #: 53 entered on the 6th day of January 2022.

**NOTICE OF APPEAL (WITH LOCAL RULE 3-2 REPRESENTATION STATEMENT ATTACHED)**

1     Transcripts required:  No.

2     Civil Complaint filed:  July 13, 2020.

3     A Local Rule 3-2 Representation Statement is attached hereto.

4 Dated:  January 6, 2022.     Respectfully submitted:

5     SLATE LAW GROUP

7     By:  */s/ Kelly E. DuFord Williams*
    Kelly DuFord Williams, Esq.
8     750 B Street, Suite 2250
    San Diego, CA  92101
9     Attorneys for Plaintiff
    Laura Swirski

**NOTICE OF APPEAL (WITH LOCAL RULE 3-2 REPRESENTATION STATEMENT ATTACHED)**

**LOCAL RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiff / Appellant in this matter is represented by:

    Kelly E. Duford Williams, Esq.

    Slate Law Group

    750 B Street, Suite 2250

    San Diego, CA  92101

    Phone:  619-546-4291

    Email:  kedwilliams@slatelawgroup.com

2. Defendants / Appellees ProTec Association Servies and Protec Building Services, Inc., are represented by:

    David B Monks, Esq.

    Fuller Law Group P.C.

    9565 Waples Street

    Suite 200

    San Diego, CA 92121

    Phone:  858-450-4050

    Facsimile:  858-450-4051 (fax)

    Email:  dmonks@fullerlawgroup.co

Dated:  January 6, 2022.                Respectfully submitted:

                                        SLATE LAW GROUP

                                By:  */s/ Kelly E. DuFord Williams*
                                     Kelly DuFord Williams, Esq.
                                     750 B Street, Suite 2250
                                     San Diego, CA  92101
                                     Attorneys for Plaintiff
                                     Laura Swirski

**NOTICE OF APPEAL (WITH LOCAL RULE 3-2 REPRESENTATION STATEMENT ATTACHED)**