| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 7 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LAURA SWIRSKI, an individual, | No. 22-55047 |
| Plaintiff-Appellant, | D.C. No. 3:20-cv-01321-LAB-MDD<br>Southern District of California,<br>San Diego |
| v. | |
| PROTEC ASSOCIATION SERVICES, doing business as Protec Building Services, Inc., a California Corporation; DOES, 1 to 100, inclusive, | ORDER |
| Defendants-Appellees. | |

On January 11, 2022, this court ordered appellant, within 21 days, either to move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

LCC/MOATT

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7